**Shirley A. BARNES, Plaintiff–Appellant,**

v.

**SAM'S EAST WHOLESALE CLUB # 8220; Nicholas Salhany; Rachel House, Defendants–Appellees,**

and

**Terry Grimes; Thomas E. Bowers, DA; Donald S. Caldwell, DA; Darrell Graham, U.S. EEOC Director, Defendants.**

No. 15–2077.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 19, 2016.

Shirley A. Barnes, Appellant Pro Se. Carrie Margaret Harris, King Fitchett Tower, Spilman, Thomas & Battle, PLLC, Roanoke, Virginia, for Appellees.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley A. Barnes appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Barnes v. Sam's E. Wholesale Club # 8220*, No. 7:15–cv–00217–GEC (W.D.Va. Aug. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*